■ LINDA C. YOUNGBLOOD et al., Appellants, v VILLAGE OF CAZENOVIA, Respondent. — Appeal from an order of the Supreme Court at Special Term (Zeller, J.), entered September 10, 1982 in Madison County, which granted defendant's motion for summary judgment dismissing the complaint. Order affirmed, without costs, on the opinion of Mr. Justice Howard A. Zeller at Special Term. Kane, J. P., Main, Mikoll, Jr., and Levine, JJ., concur.